**Joy CORTINAS, Individually and on behalf of her minor son, Edward Michael Cortinas Plaintiff—Appellant—Cross Appellee,**

v.

**HIGHWAY TRANSPORT, INC., et al Defendants,**

**HIGHWAY TRANSPORT, INC., Liberty Mutual Insurance Company Defendants—Appellees—Cross Appellants.**

No. 03–30265.

United States Court of Appeals, Fifth Circuit.

Nov. 12, 2003.

Robert E. Winn, Deana Palmisano Lejarza, Sessions, Fishman & Nathan, New Orleans, LA, for Plaintiff—Appellant—Cross—Appellee.

Thomas J. Eppling, Lance Edward Harwell, Janet Hoban Vogt, Staines & Eppling, Metairie, LA, for Defendants—Appellees—Cross—Appellants.

Before KING, Chief Judge, DAVIS and EMILIO M. GARZA, Circuit Judges.

PER CURIAM.*

After reviewing the record, reading the briefs, and hearing the argument of counsel we are satisfied that the district court correctly dismissed this suit. We, therefore, affirm the judgment of the district court based on the district court's opinion except that we do not reach the issue of whether the Louisiana Workmen's Compensation Act bars this tort action.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.